446 A.2d 601

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Neil O'LEARY, Appellant.**

Supreme Court of Pennsylvania.

Argued May 19, 1982.

Decided June 17, 1982.

Alan Ellis, Philadelphia, for appellant.

William A. Behe, Deputy Dist. Atty., for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## ORDER

PER CURIAM:

Order affirmed.